STEVEN T. GUBNER - State Bar No. 156593
RICHARD D. BURSTEIN – State Bar No. 56661
BARAK VAUGHN - State Bar No. 227926
**EZRA | BRUTZKUS | GUBNER LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099

Attorneys for David R. Hagen, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware Corporation,<br><br>Debtor.<br><br>DAVID R. HAGEN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>NAUTIC PARTNERS, LLC, a Delaware Limited Liability Corporation; CHISHOLM PARTNERS IV, LP; a Delaware Limited Partnership; FLEET VENTURE RESOURCES, INC.; a Delaware Limited Liability Corporation; FLEET EQUITY PARTNERS VI LP; a Delaware Limited Partnership; KENNEDY PLAZA PARTNERS II, LLC; a Limited Liability Corporation; SCOTT HILINSKI; a Individual; BRIAN SATO, an Individual; MICHAEL ALPER, an Individual; E4E, INCORPORATED; a Delaware Corporation; FAMILY/SENIORS MEDICAL GROUP, a California Professional Medical Corporation; INC.; NORTHRIDGE MEDICAL GROUP, INC., a California Professional Medical Corporation,<br><br>Defendants. | Case No. 1:06-bk-10733-GM<br><br>Chapter 7<br><br>Adv. No. 1:07-ap-01050-GM<br><br>**ORDER RE: DEFENDANTS' CONSOLIDATED MOTION TO DISMISS, OR, IN THE ALTENATIVE, TO REMAND OR ABSTAIN**<br><br>[Re: Northridge Medical Group, Inc. v. Meridian Health Care Management, Inc., LASC Case No. BC347480]<br><br>Date: September 5, 2007<br>Time: 1:30 p.m.<br>Place: Courtroom 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

28111                                                           1

On September 5, 2007, in Courtroom 303 of the above-entitled Court, the Honorable Geraldine Mund presiding, Defendants' Consolidated Motion to Dismiss or, in the Alternative, to Remand or Abstain came on regularly for hearing. The Chapter 7 Trustee, David R. Hagen, appeared by and through his counsel of record, Barak Vaughn of Ezra | Brutzkus | Gubner LLP; Defendants Nautic Partners LLC, Chisholm Partners IV, LP, Fleet Venture resources, Inc., Fleet Equity Partners VI, LP, and Kennedy Plaza Partners II, LLC, appeared by and through their counsel of record, Sara L. Chenetz of DLA Piper US LLP; Defendant Scott Hilinski appeared by and through his counsel of record, John K. Rubiner of Bird, Marella, Boxer, Wolpert, Nessim, Drooks and Lincenberg and Jesse I. Redlener of Nutter McClennen & Fish LLP; Defendant Northridge Medical Group, Inc., appeared by and through its counsel of record, Uzzell S. Branson III of the Law Offices of Uzzell Branson III; and Defendant, Family/Seniors Medical Group, Inc., appeared by and through its counsel of record, Anna M. Suda of the firm of Christenson & Auer.

The Court having considered the pleadings of the parties and the argument of counsel and good cause appearing,

IT IS HEREBY ORDERED:

1. Defendants' Consolidated Motion to Dismiss or, in the alternative, to remand or abstain is hereby DENIED WITHOUT PREJUDICE.

DATED: _____10/5_____, 2007

_____
GERALDINE MUND
UNITED STATES BANKRUPTCY JUDGE

28111

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Ezra | Brutzkus | Gubner LLP, 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367, Telephone (818) 827-9000, Facsimile (818) 827-9099.

On September 21, 2007, I served the foregoing document described as **ORDER RE: DEFENDANTS' CONSOLIDATED MOTION TO DISMISS, OR, IN THE ALTENATIVE, TO REMAND OR ABSTAIN [Re: Northridge Medical Group, Inc. v. Meridian Health Care Management, Inc., LASC Case No. BC347480]** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

## SEE ATTACHED SERVICE LIST

[X] **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Woodland Hills, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY PERSONAL DELIVERY)** I caused such envelope to be delivered by hand by [Name and address of courier service], to the office of the addressee(s) noted on the attached Service List.

[ ] **(BY FACSIMILE TRANSMISSION)** I caused such document to be transmitted to the addressee(s) facsimile number noted above. The facsimile machine I used complied with CRC Rule 2003(3) and the transmission was reported as complete and without error. Pursuant to CRC Rule 2008(4), I caused the machine to print a transmission record of the facsimile transmission.

[ ] **(BY FEDERAL EXPRESS / OVERNITE EXPRESS)** I caused such envelope to be deposited at the Federal Express/Overnite Express drop box at Woodland Hills, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with Federal Express/Overnite Express that same day in the ordinary course of business.

Executed on September 21, 2007, at Woodland Hills, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and, that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MELA ZEPEDA

28111                                    3

## SERVICE LIST
In re Meridian Health Care Management, Inc./David R. Hagen, etc.
vs. Nautic Partners, LLC, etc., et al./ Case No. 1:06-10733-GM/Adv. No. 1:07-ap-01050-GM

| | |
|---|---|
| Attorneys to Debtor<br>Debra I. Grassgreen, Esq.<br>Pachulski, Stang, Ziehl, Young, et al<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500 | Office of the United States Trustee<br>21051 Warner Center Lane<br>Suite 115<br>Woodland Hills, CA 91367 |
| Chapter 7 Trustee<br>David R. Hagen<br>Merritt & Hagen<br>6320 Canoga Ave., Suite 1400<br>Woodland Hills, CA 91367 | Attorneys for Defendants/Nautic Parties<br>Sara L. Chenetz, Esq.<br>Joshua Briones, Esq.<br>DLA Piper US LLP<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067 |
| Attorneys for e4e Incorporated<br>Donald W. Searles, Esq.<br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Center<br>Mountain View, CA 94041 | Attorneys for Defendants/Nautic Parties<br>Mark A. Nadeau, Esq.<br>DLA Piper US LLP<br>2415 E. Camelback Road, Suite 700<br>Phoenix, AZ 85016 |
| Attorneys for e4e Incorporated<br>Peter C. Bronson, Esq.<br>Kathryn Kerfes Amira, Esq.<br>Kelly Lytton & Vann LLP<br>1900 Avenue of the Stars, Suite 1450<br>Los Angeles, CA 90067 | Attorneys for Scott Hilinski<br>Jonathan L. Kotlier, Esq.<br>Sarah Walters, Esq.<br>Nutter, McClennan & Fish<br>World Trade Center Wests<br>155 Seaport Blvd.<br>Boston, MA 02210 |
| Attorneys for Scott Hilinski<br>James K. Rubiner, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim,<br>Drooks & Lincenberg<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067 | Attorneys for Family/Seniors Medical Group, Inc.<br>Jay D. Christensen, Esq.<br>Stephen G. Auer, Esq.<br>Christensen & Auer<br>225 S. Lake Avenue, Suite 860<br>Pasadena, CA 91101 |
| Attorneys for Northridge Medical Group, Inc.<br>Uzzell S. Branson III, Esq.<br>Law Offices of Uzzell S. Branson III<br>225 South Lake Avenue, Suite 1400<br>Pasadena, CA 91101 | Attorneys for Northridge Medical Group, Inc.<br>Mark B. Chassman, Esq.<br>Rhonda E. Kaley, Esq.<br>Chassman & Seelig, LLP<br>World Trade Center<br>350 South Figueroa Street, Suite 580<br>Los Angeles, CA 90071-1102 |
| Attorneys for Northridge Medical Group, Inc.<br>Tin Kin Lee, Esq.<br>Law Offices of Tin Kin Lee<br>55 South Lake Avenue, Suite 705<br>Pasadena, CA 91101 | Attorneys for Michael Alper<br>James A. Kohn, Esq.<br>Moldo Davidson Fraioli Seror & Sestanovich LLP<br>2029 Century Park East, 21st Floor<br>Los Angeles, CA 90067 |
| Attorneys for Brian Sato<br>Mark T. Hiraide, Esq.<br>Petillon & Hiraide, LLP<br>21515 Hawthorne Blvd., Suite 1260<br>Torrance, CA 90503 | |

28111                                                                        4

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>MERIDIAN HEALTH CARE MANAGEMENT, INC.<br>Debtor. | CHAPTER 7<br>CASE NUMBER: 1:06-bk-10733-GM |
|---|---|

Adv. No. 1:07-ap-01050-GM

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   ORDER RE: DEFENDANTS' CONSOLIDATED MOTION TO DISMISS, OR, IN THE ALTENATIVE, TO REMAND OR ABSTAIN [Re: Northridge Medical Group, Inc. v. Meridian Health Care Management, Inc., LASC Case No. BC347480]

   was entered on *(specify date)*: OCT - 9 2007

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): OCT - 9 2007

Dated: OCT - 9 2007

JON D. CERETTO
Clerk of the Bankruptcy Court

By: [signature]
Deputy Clerk

Rev. 1/01 This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9021-1.1

**SERVICE LIST (Notice of Entry)**
In re Meridian Health Care Management, Inc./David R. Hagen, etc.
vs. Nautic Partners, LLC, etc., et al./Case No. 1:06-10733-GM/Adv. No. 1:07-ap-01050-GM

| | |
|---|---|
| Attorneys to Debtor<br>Debra I. Grassgreen, Esq.<br>Pachulski, Stang, Ziehl, Young, et al<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500 | Office of the United States Trustee<br>21051 Warner Center Lane<br>Suite 115<br>Woodland Hills, CA 91367 |
| Chapter 7 Trustee<br>David R. Hagen<br>Merritt & Hagen<br>6320 Canoga Ave., Suite 1400<br>Woodland Hills, CA 91367 | Attorneys for Defendants/Nautic Parties<br>Sara L. Chenetz, Esq.<br>Joshua Briones, Esq.<br>DLA Piper US LLP<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067 |
| Attorneys for e4e Incorporated<br>Donald W. Searles, Esq.<br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Center<br>Mountain View, CA 94041 | Attorneys for Defendants/Nautic Parties<br>Mark A. Nadeau, Esq.<br>DLA Piper US LLP<br>2415 E. Camelback Road, Suite 700<br>Phoenix, AZ 85016 |
| Attorneys for e4e Incorporated<br>Peter C. Bronson, Esq.<br>Kathryn Kerfes Amira, Esq.<br>Kelly Lytton & Vann LLP<br>1900 Avenue of the Stars, Suite 1450<br>Los Angeles, CA 90067 | Attorneys for Scott Hilinski<br>Jonathan L. Kotlier, Esq.<br>Sarah Walters, Esq.<br>Nutter, McClennan & Fish<br>World Trade Center Wests<br>155 Seaport Blvd.<br>Boston, MA 02210 |
| Attorneys for Scott Hilinski<br>James K. Rubiner, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim,<br>    Drooks & Lincenberg<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067 | Attorneys for Family/Seniors Medical Group, Inc.<br>Jay D. Christensen, Esq.<br>Stephen G. Auer, Esq.<br>Christensen & Auer<br>225 S. Lake Avenue, Suite 860<br>Pasadena, CA 91101 |
| Attorneys for Northridge Medical Group, Inc.<br>Uzzell S. Branson III, Esq.<br>Law Offices of Uzzell S. Branson III<br>225 South Lake Avenue, Suite 1400<br>Pasadena, CA 91101 | Attorneys for Northridge Medical Group, Inc.<br>Mark B. Chassman, Esq.<br>Rhonda E. Kaley, Esq.<br>Chassman & Seelig, LLP<br>World Trade Center<br>350 South Figueroa Street, Suite 580<br>Los Angeles, CA 90071-1102 |
| Attorneys for Northridge Medical Group, Inc.<br>Tin Kin Lee, Esq.<br>Law Offices of Tin Kin Lee<br>55 South Lake Avenue, Suite 705<br>Pasadena, CA 91101 | Attorneys for Michael Alper<br>James A. Kohn, Esq.<br>Moldo Davidson Fraioli Seror & Sestanovich LLP<br>2029 Century Park East, 21st Floor<br>Los Angeles, CA 90067 |
| Attorneys for Brian Sato<br>Mark T. Hiraide, Esq.<br>Petillon & Hiraide, LLP<br>21515 Hawthorne Blvd., Suite 1260<br>Torrance, CA 90503 | Attorneys for David R. Hagen, Chapter 7 Trustee<br>Richard D. Burstein, Esq.<br>Barak Vaughn, Esq.<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 |

28111