ORIGINAL

FILED
FEB - 2 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UZZELL S. BRANSON III (State Bar No. 46561)
A Professional Corporation
LAW OFFICES OF UZZELL S. BRANSON III
301 South Lake Avenue, Suite 700
Pasadena, California 91101
Telephone: (626) 683-8925
Telecopier: (626) 683-8512

TIN KIN LEE (State Bar No. 127200)
LAW OFFICES OF TIN KIN LEE
55 South Lake Ave., Suite 705
Pasadena, CA 91101
Telephone: 626-229-9828
Facsimile: 626-229-9820

STEPHEN G. AUER (State Bar No. 74101)
VICKI C. GADBOIS (State Bar No. 144377)
CHRISTENSEN & AUER
225 South Lake Avenue, Suite 860
Pasadena, California 91101
Telephone: (626) 568-2900
Telecopier: (626) 568-2911

Attorneys for Northridge Medical Group, Inc.
and Family/Seniors Medical Group, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation<br><br>Debtor. | Case No. 1:06-bk-10733-GM<br><br>Adv. Case No.: 1:07-ap-1050-GM<br><br>Chapter 7<br><br>**STIPULATION FOR DISMISSAL OF STAYED ADVERSARY PROCEEDINGS, AND WAIVER OF COSTS IN ALL ADVERSARY PROCEEDINGS**<br><br>[Hon. Geraldine Mund]<br><br>[No Hearing Required] |

Northridge Medical Group, Inc., a California professional medical corporation ("Northridge") and Family/seniors Medical Group, Inc., a California professional medical corporation ("Family/Seniors"), Defendants, Counterclaimants and Cross-claimants (collectively the "Medical Group Parties"), on the one hand, and Nautic Partners LLC, Chisholm Partners IV, L.P., Fleet Equity Partners VI, L.P., Fleet Venture Resources, Inc., Kennedy Plaza Partners, II, LLC, and Scott Hilinski, Cross-defendants (the "Nautic Parties"), on the other hand, through counsel, hereby stipulate as set forth below with respect to Adversary Proceeding Nos. 1:07-ap-1049-GM and 1:07-ap-1050-GM in the above-captioned Chapter 7 case (the "Stayed Adversary Proceedings"). Each of the Medical Group Parties and of the Nautic Parties is sometimes termed a "Party," and all of them collectively the "Parties," in the Recitals and Stipulation below.

This Stipulation is also made with respect to the Amended Order Granting the Nautic Parties' Motion for Summary Judgment, entered May 12, 2010 by this Court (the "Summary Judgment Order") in Adversary Proceeding No. 1:07-ap-1186-GM, entitled *Hagen v. Nautic Partners, LLC* in this Chapter 7 Case (the "Trustee's Adversary Proceeding"), affirmed on appeal to the United States District Court for the Central District of California (the "District Court").

## STIPULATION

It is hereby stipulated by and between the Medical Group Parties and the Nautic Parties (collectively, the "Parties"), through their respective undersigned counsel, as follows:

1. The Medical Group Parties litigated the claims asserted against the Nautic Parties in the Stayed Adversary Proceedings as cross-claims against the Nautic Parties in the Trustee's Adversary Proceeding. These claims were adjudicated on the merits in a final Summary Judgment Order by this Court in the Trustee's Adversary Proceeding on May 12, 2010. The

Medical Group Parties appealed the Summary Judgment Order (and motions in limine leading up to that Order) to the United States District Court for the Central District of California ("District Court") on May 13, 2010. The District Court heard the appeal, and on November 22, 2010, entered a final Order Affirming Bankruptcy Court Judgment (the "District Court Order"), in Case No. 2:10-cv-03874-JST. The Medical Group Parties appealed the District Court Order to the Ninth Circuit Court of Appeals on December 21, 2010 ("Ninth Circuit Appeal").

2. Appellants have or forthwith shall file a Stipulation for Dismissal of the Ninth Circuit Appeal.

3. Pursuant to the foregoing, the parties stipulate and agree to the dismissal with prejudice of the aforementioned Stayed Adversary Proceedings, Adv. Nos. 1:07-ap-1049-GM and 1:07-ap-1050-GM, as to the Nautic Parties only, with each Party to bear his or its own costs and waive any claims for attorneys' fees or other costs or expenses or sanctions with respect to the said adversary proceeding.

4. The parties further agree to bear his or its own costs and waive any claims for attorneys' fees or other costs or expenses or sanctions against each other with respect to the final Summary Judgment Order and appeals in the Trustee's Adversary Proceeding.

5. This Stipulation may be executed in counterparts and by facsimile, and when so filed (but with at least one original signature) shall constitute an original Stipulation, with the full force and effect as if signed and filed with original signatures by all Parties.

[SIGNATURES ON NEXT PAGE]

Dated: January 27, 2011

LAW OFFICES OF UZZELL S. BRANSON III
A Professional Corporation

BY: _____
Uzzell S. Branson III
Attorneys for NORTHRIDGE MEDICAL GROUP, INC. and FAMILY/SENIORS MEDICAL GROUP, INC.

Dated: January __, 2011

DLA PIPER US LLP

By: _____
Mark A. Nadeau
Attorneys for NAUTIC PARTNERS LLC, CHISHOLM PARTNERS, IV, L.P., FLEET EQUITY PARTNERS VI, L.P., FLEET VENTURE RESOURCES, INC., KENNEDY PLAZA
PARTNERS II, LLC

Dated: January __, 2011

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG P.C.

By: _____
John K. Rubiner
Attorneys for SCOTT KUZINSKI

4

| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC., Debtor | CHAPTER 7 |
|---|---|
| DAVID R. HAGEN, Ch. 7 Trustee vs. NAUTIC PARTNERS, LLC, et al. Debtor(s). | CASE NUMBER: SV06-10733-GM<br>ADV. NUMBER: Adv. 07-1050-GM: |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

301 North Lake Avenue, Suite 700
Pasadena, California 91101

A true and correct copy of the foregoing document described as **STIPULATION FOR DISMISSAL OF STAYED ADVERSARY PROCEEDINGS, AND WAIVER OF COSTS IN ALL ADVERSARY PROCEEDINGS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 31, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| U.S. Trustee | Chapter 7 Trustee | Attorney for Chapter 7 Trustee |
|---|---|---|
| United States Trustee (SV) | David R. Hagan, Esq. | Richard Burstein, Esq. |
| 21051 Warner Center Lane, Suite 115 | Merritt & Hagen | Ezra/Brutzkus/Gubner LLP |
| Woodland Hills, CA 91367 | 6320 Canoga Avenue, Suite 1400 | 21650 Oxnard Street, Suite 500 |
| Facsimile: 818-716-1576 | Woodland Hills, CA 91367 | Woodland Hills, CA 91367 |
| [margaux.ross@usdoj.gov] | [drh@forbankruptcy.com] | [rburstein@ebg-law.com] |

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____February 1, 2011_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHMENT

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

NOT APPLICABLE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FEBRUARY 1, 2011      Connie V. Branson
_____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                              F 9013-3.1

| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC., Debtor | CHAPTER 7 |
|---|---|
| DAVID R. HAGEN, Ch. 7 Trustee vs. NAUTIC PARTNERS, LLC, et al.  Debtor(s). | CASE NUMBER: SV06-10733-GM  ADV. NUMBER: Adv. 07-1050-GM: |

| Date          Type Name | Signature |
|---|---|
| Hon. Geraldine Mund<br>United States Bankruptcy Judge<br>Central District of California<br>21041 Burbank Blvd., #342<br>Woodland Hills, CA 91367 | |
| **Attorneys for e4e Incorporated**<br>Peter C. Bronson, Esq.<br>Law Offices of Peter C. Bronson, APC<br>770 L Street Suite 950<br>Sacramento, CA 95814 | **Attorneys for e4e Incorporated**<br>Tyler A. Baker, Esq.<br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 |
| **Attorneys for Nautic Parties**<br>Joshua Briones, Esq.<br>Ana Tagvoryan, Esq.<br>DLA Piper US LLP<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067 | **Attorneys for Nautic Parties**<br>Mark A. Nadeau, Esq.<br>Laura M. Kam, Esq.<br>DLA Piper US LLP<br>2525 E. Camelback Road, Suite 1000<br>Phoenix, AZ 85016-4232 |
| **Attorneys for Scott Hilinski**<br>Gary S. Lincenberg, Esq.<br>John K. Rubiner, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg, PC<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561 | **Attorneys for Scott Hilinski**<br>Jonathan Kotlier, Esq.<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1